UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Western Division

Lavertis Stewart
            Plaintiff,

v.              Case No.: 3:12−cv−50273

              Honorable Philip G. Reinhard

The Special Administrator For The Estate Of Dr. Andres Mesrobian, et al.
            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 7, 2014:

  MINUTE entry before the Honorable Iain D. Johnston: Motion hearing held on 10/7/2014. Plaintiff's motion for reconsideration [78] is denied in part. Plaintiff to file a second amended complaint by 11/3/2014. Time is extended to serve the defendants named in the second amended complaint to 11/24/2014. The telephonic status hearing set for 10/16/2014 is stricken with no appearances required. Telephonic status hearing reset for 12/11/2014 at 9:00 AM. By 12/9/2014, counsel shall provide telephone numbers for the status hearing to the Court's operations specialist, who will initiate the call. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.