IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| Lavertis Stewart, | ) | |
| Plaintiff, | ) | Case No: 12 CV 50273 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Imhotep Carter, et al. | ) | |
| Defendant. | ) | |

## ORDER

      Status and motion hearing held on 4/16/2015. Plaintiff's Motion to Appoint Special Representative [115] is granted. The Court appoints Evanston Insurance Company as special representative for Dr. Mesrobian's Estate for purposes of defending the action. See Fed. R. Civ. P. 17(b)(3); 735 Ill. Comp. Stat. 5/13-209(b). Waivers and consents from Dr. Mesrobian's heirs to appoint the special representative should be filed. The clerk is directed to mail a copy of this order to: 1) Claims Service Center for Evanston Insurance Company, 10 Parkway North, Deerfield, IL 60015; 2) Markel Northeast; 3) James A. Stephens, Acting Director for Illinois Department of Insurance; and 4) Richard R. Grinnan, Registered Agent for Markel Corporation, Parent Company of Evanston Ins. Co. Addresses for these mailings are provided in Plaintiff's certificate of service [121]. Plaintiff's Motion for Limited Discovery [99] is granted to allow Plaintiff to identify the 14 remaining John Doe correctional officers. Plaintiff's Motion for Leave to File [124] is granted. Plaintiff shall file the proposed third amended complaint, which shall also name Evanston Insurance Company as the special representative, as a separately docketed entry by 4/27/2015. In light of Plaintiff's and recruited counsels' efforts and investigations in this case, the Court finds good cause for extending the time to serve the newly added defendants, Dr. Funk and Evanston Insurance Company as special representative, to 5/18/2015 under Fed. R. Civ. P. 4(m). Parties to submit a proposed HIPAA order by way of Judge Johnston's proposed order email. Plaintiff to provide Wexford's counsel with waiver to facilitate the production of medical records from the Illinois Department of Corrections. If the parties believe that a protective order is necessary, they should use the model confidentiality order created by the U.S. District Court for the Northern District of Illinois, and submit it to the Court via the proposed order portal.

(:16)

Date: April 17, 2015                          /s/ Iain D. Johnston
                                                                                U.S. Magistrate Judge