IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| LAVERTIS STEWART (A-15380), ) | |
| ) | |
| Plaintiff, ) | Case No. 12 C 50273 |
| ) | |
| v. ) | |
| ) | Judge Philip G. Reinhard |
| EVANSTON INSURANCE COMPANY as ) | |
| Special Representative for the Estate of ) | |
| ANTREAS MESROBIAN; JILL WAHL; ) | |
| IMHOTEP CARTER; WEXFORD HEALTH ) | |
| SOURCES, INC.; ARTHUR FUNK; JOHN ) | |
| DOE TWO; JOHN DOE THREE; JOHN DOE ) | |
| FOUR; JOHN DOE FIVE; JOHN DOE SIX; ) | |
| JOHN DOE SEVEN; JOHN DOE EIGHT; ) | |
| JOHN DOE NINE; JOHN DOE TEN; JOHN ) | |
| DOE ELEVEN; JOHN DOE TWELVE; JOHN ) | |
| DOE THIRTEEN; JOHN DOE FOURTEEN; ) | |
| and JOHN DOE FIFTEEN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On June 10, 2015, Magistrate Judge Johnston entered a report and recommendation [163] recommending that the motion to vacate the April 17, 2015 order appointing Evanston Insurance Company as special representative and enter a new order reappointing Evanston Insurance Company as special representative to allow Evanston Insurance Company to appeal under 28 USC 1292(a)(1) [160] be denied. No objection has been filed. The court has reviewed the records and accepts the report and recommendation. Evanston Insurance Company's motion [160] is hereby denied.

Date: 7/01/2015  ENTER:

*Philip G. Reinhard*
United States District Court Judge

Electronic Notices. (LC)

1